Carl R Gustafson, Bar No. 254881
Anne Y Shiau, Bar No. 273709
Lincoln Law, LLP
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Phone: (925) 500-4777
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for Denise Earl

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) Case No: 15-42330 |
| | ) |
| DENISE EARL | ) Chapter 13 |
| | ) |
| | ) Judge: Charles Novack |
| Debtor. | ) |
| | ) **REQUEST FOR ENTRY OF DEFAULT** |
| | ) **AND DECLARATION OF ATTORNEY** |
| | ) |

I, Carl R Gustafson, declare as follows:

1.  I am one of the attorneys for the above-named Debtor.

2.  On May 31st, 2017, a Motion to Modify Chapter 13 Plan and Notice and Opportunity for Hearing was served on all creditors for the above named debtor, the United States Trustee, and the Chapter 13 Trustee. No objections have been received, or the objections received, if any, have been withdrawn, and the deadline to file objections has passed.

3.  Wherefore, the Debtor, by and through counsel of record, hereby requests entry of an order modifying her Chapter 13 Plan by default.

The foregoing declaration is made under penalty of perjury and executed July 20, 2017, at Pleasant Hill, California.

/s/ Carl R Gustafson
Attorney & Counselor at Law