Carl R Gustafson, Bar No. 254881
Lincoln Law, LLP
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Phone: (925) 300-4600
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for Denise Earl

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

DENISE EARL

     Debtor.

) Case No: 15-42330
)
) Chapter 13
)
) Judge: Charles Novack
)
) CERTIFICATION IN SUPPORT OF
) DISCHARGE AND NOTICE OF
) OPPORTUNITY FOR HEARING
)

I, Denise Earl, declare as follows:

1. I HAVE completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and have filed a Certification of Completion of Instructional Course Concerning Financial Management.

2. I HAVE NOT been required to pay a domestic support obligations as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute.

3. I DID NOT claim an exemption in excess of the adjusted amount set forth in 11 U.S.C §522(q)(I), therefore 11 U.S.C §1328(h) is inapplicable.

//

//

//

//

4. I HAVE NOT received a discharge in a Chapter 7, 11, or 12 bankruptcy case filed

within four (4) years prior to filing this Chapter 13 case and I HAVE NOT received a discharge in another Chapter 13 bankruptcy case filed within (2) years prior to filing this Chapter 13 case.

**Declaration Under Penalty of Perjury**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09-05-18     Debtor: 

NOTICE OF ALL PARTIES IN INTEREST

**Notice is hereby given** that B.L.R. 9014-1 of the United States Bankruptcy court for the Northern District of California, prescribes the procedures to be followed and that any objection to the requested relief, or a request for a hearing on the matter, in either case, grounded only on any material inaccuracy in the above certification, must be filed and served upon the initiating party within 21 days of mailing of the notice. A request for a hearing must be accompanied by any declarations or memorandum of law the requesting party wishes to present in support of its position. If there is no timely objection to the requested relief or a request for a hearing, the Court may enter an order granting the relief by default; and the initiating party will give at least 7 days written notice of the hearing to the objecting or requesting party, and to any trustee, in the event an objection or request for hearing is timely made.

Dated: 09-05-18          Debtor: _(signature)_